UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darren Moore,

              Plaintiff(s),

v.                                     Case No. 2:10–cv–11824–SJM–MKM
                                         Hon. Stephen J Murphy III
Detroit, City of, et al.,                  Magistrate Judge Mona K Majzoub

              Defendant(s).

_____

## NOTICE OF FILING FEE NOT PAID

Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.

                                                    s/ L. Hacker_____
                                                    Deputy Clerk

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                    s/ L. Hacker_____
                                                    Deputy Clerk

Dated:  May 5, 2010

* Note:  The filing fee for this case can no longer be paid online using CM/ECF.  Payment must be hand–delivered or mailed to the United States District Court, Eastern District of Michigan Clerk's Office, 231 W. Lafayette Boulevard, Detroit, MI 48226.