**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Darren Moore,

        Plaintiff(s),

v.

City of Detroit, et al.,

        Defendant(s).

                      /

CASE NUMBER: 2:10-CV-11824

HONORABLE STEPHEN J. MURPHY, III

**NOTICE OF:**
**Scheduling Conference**

      You are hereby notified to appear before the Honorable Stephen J. Murphy, III, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 235 |
|---|---|---|
| **Wednesday, September 8, 2010** | **10:00 AM** | **Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226** |

**Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer at least 21 days before the above-mentioned date, and during the conference shall accomplish the following:**

- **Discuss the nature and basis of their claims and defenses;**
- **Discuss the possibilities for promptly settling or resolving the case;**
- **Make or arrange to make all disclosures required by Fed. R. Civ. Proc. 26(a)(1);**
- **Discuss any issues about preserving discoverable information;**
- **Develop a proposed discovery plan. THE DISCOVERY PLAN MUST COMPLY WITH ALL REQUIREMENTS OF FED. R. CIV. P. 26(f)(3), AND MUST BE SUBMITTED TO THE COURT AT LEAST SEVEN DAYS BEFORE THE SCHEDULING CONFERENCE.**

**CERTIFICATE OF MAILING**

I hereby certify that a copy of this notice was served upon attorneys/parties on this date, August 13, 2010, by ordinary mail and/or electronic mail.

s/ Alissa Greer
Deputy Clerk                    313-234-2681