

FILED
AUG 18 2010
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

David B. Trivax
Dickow & Trivax
31800 Northwestern Highway
Suite 350
Farmington Hills, MI 48334

NIXIE 482 DE 1 00 08/16/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 48225270099 *0890-01157-18-20

JSF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
CHAMBERS OF
STEPHEN J. MURPHY, III
THEODORE LEVIN U.S. COURTHOUSE
231 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

---

DISTRICT COURT
T OF MICHIGAN
DIVISION

CASE NUMBER: 2:10-CV-11824
HONORABLE STEPHEN J. MURPHY, III

OF:
onference

the Honorable Stephen J. Murphy, III, United

|  | ROOM 235 |
|---|---|
| AM | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

(f), the parties shall confer at least 21 days
e conference shall accomplish the following:

ns and defenses;
ling or resolving the case;
equired by Fed. R. Civ. Proc. 26(a)(1);
overable information;
ISCOVERY PLAN MUST COMPLY WITH ALL
, AND MUST BE SUBMITTED TO THE COURT
HEDULING CONFERENCE.

MIE 800 Generic Notice of Hearing (Rev. 3/98)

Case 2:10-cv-11824-SJM-MKM Doc # 6 Filed 08/18/10 Pg 2 of 3 Pg ID 34
Case 2:10-cv-11824-SJM-MKM Document 5 Filed 08/13/10 Page 1 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Darren Moore,

        Plaintiff(s),

CASE NUMBER: 2:10-CV-11824

HONORABLE STEPHEN J. MURPHY, III

v.

City of Detroit, et al.,

        Defendant(s).

/

## NOTICE OF:
### Scheduling Conference

You are hereby notified to appear before the Honorable Stephen J. Murphy, III, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 235 |
| --- | --- | --- |
| Wednesday, September 8, 2010 | 10:00 AM | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer at least 21 days before the above-mentioned date, and during the conference shall accomplish the following:**

- **Discuss the nature and basis of their claims and defenses;**
- **Discuss the possibilities for promptly settling or resolving the case;**
- **Make or arrange to make all disclosures required by Fed. R. Civ. Proc. 26(a)(1);**
- **Discuss any issues about preserving discoverable information;**
- **Develop a proposed discovery plan. THE DISCOVERY PLAN MUST COMPLY WITH ALL REQUIREMENTS OF FED. R. CIV. P. 26(f)(3), AND MUST BE SUBMITTED TO THE COURT AT LEAST SEVEN DAYS BEFORE THE SCHEDULING CONFERENCE.**

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon attorneys/parties on this date, August 13, 2010, by ordinary mail and/or electronic mail.

s/ Alissa Greer
Deputy Clerk                    313-234-2681