UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

    Plaintiff(s),

v.

LIEUTENANT E. JONES, POLICE OFFICER JANOSKEY, POLICE OFFICER COLON, POLICE OFFICER S. SALISBURY, CITY OF DETROIT POLICE DEPARTMENT, and CITY OF DETROIT,

    Defendant(s).
_____/

Case No. 2-10-cv-11824

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING DEFENDANT CITY OF DETROIT'S MOTION
TO MODIFY SCHEDULING CONFERENCE DATE** (docket no. 8)

On August 23, 2010 Defendant City of Detroit made a motion to modify the time of the upcoming Federal Rule 16 scheduling conference in this matter. The defendant requests that the conference time be moved from September 8th, 2010 at 10:00 AM, to the afternoon of that day, in order to avoid a conflict for the City's counsel. For the reasons stated in the motion and brief, the Court will grant the motion.

**WHEREFORE**, it is hereby **ORDERED** that City of Detroit's Motion to Modify Scheduling Conference Date (docket no. 8) is **GRANTED**. The conference will now be held on September 8th, 2010 at **2:00 PM.**

**SO ORDERED**.

                              s/Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: August 31, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2010, by electronic and/or ordinary mail.

                                  Andrea Teets
                                  Deputy Clerk