UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darren Moore

        Plaintiff(s),         Case No. 10-11824

v.         Judge Stephen J. Murphy, III

Detroit, City of, et al

        Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
**Attorney Marion Jenkins**

Document number __7__, filed on __08/23/10__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document was stricken and must be refiled.

☑ Wrong or incomplete PDF image was uploaded. Document was stricken and must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken. Separate documents must be refiled.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☐ Document is discovery or a disclosure under F.R.Cv.P. 26(a) (1),(2), or a certificate of service thereof. Document was stricken.

☐ PDF image contains an advertisement. Document was stricken and must be refiled.

☐ Parties listed on the initiating document were omitted. Use docket event Addition of Parties to correct.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: August 31, 2010         By: s/D. L. Smith
        Deputy Clerk