UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

    Plaintiff,

vs.

LIEUTENANT E. JONES, POLICE OFFICER JANOSKEY, POLICE OFFICER COLON, POLICE OFFICER S. SALISBURY, CITY OF DETROIT POLICE DEPARTMENT and CITY OF DETROIT,

    Defendants.

Case No.: 2-10-cv-11824
Honorable: Stephen J. Murphy, III
Magistrate: Judge: Mona K. Majzoub

---

| | |
|---|---|
| DAVID B. TRIVAX (P-38798) | MARION R. JENKINS (P-26257) |
| Serlin Trivax & Stearn, PLLC | Assistant Corporation Counsel |
| Attorney for Plaintiff | Attorney for Defendants |
| 31780 Telegraph Road, Suite 120 | 660 Woodward Avenue |
| Bingham Farms, MI 48025 | 1650 First National Building |
| (248) 663-2666 | Detroit, MI  48226 |
| | (313) 237-3032 |
| | Jenkmr@detroitmi.gov |

---

### ANSWER TO COMPLAINT ON BEHALF OF DEFENDANTS ERIC JONES, MICHAEL JANOSKEY, JESUS COLON AND SHANNON SALISBURY

**NOW COME** Defendants Eric Jones, Michael Janoskey, Jesus Colon and Shannon Salisbury, by and through their undersigned attorneys who pursuant to Section 13-11-5 of the Detroit City Code reserve the right to withdraw as defense counsel in the event Defendants' representation request is not approved by the Detroit City Council, and in Answer to Plaintiff's Complaint, state as follows:

### FIRST DEFENSE

The individual Detroit Police officers were engaged in the governmental function of law enforcement and are immune from liability.  MCLA 691.1407 (2).

**SECOND DEFENSE**

Plaintiff has failed to state a claim against Defendants upon which relief can be granted.

**THIRD DEFENSE**

Any injury suffered by the Plaintiff was proximately caused by his own negligence and other wrongdoing, including serious wrongdoing that gives rise to the wrongful conduct defense as well as the comparative negligence defense.

**FOURTH DEFENSE**

The arrest of the Plaintiff, if any, was supported by probable cause and/or a valid warrant.

**FIFTH DEFENSE**

To the extent, if any, that these Defendants or anyone acting at the direction of or in concert with these Defendants used force against the Plaintiff, each such person acted in self-defense.

**SIXTH DEFENSE**

To the extent, if any, that these Defendants or anyone acting at the direction of or in concert with these Defendants used force against the Plaintiff, each such use of force was privileged and lawful because the force was reasonably applied in the execution of a lawful arrest or in the lawful performance of other police duties.

**SEVENTH DEFENSE**

These Defendants did not ratify, accept and/or otherwise condone any constitutional violations alleged in Plaintiff's Complaint.  Furthermore, these Defendants did not act with deliberate indifference as to known or obvious consequences with respect to the activities alleged in Plaintiff's Complaint and/or as to any constitutional violations.

## EIGHTH DEFENSE

The applicable Statutes of Limitation lapsed on some or all of Plaintiff's claims prior to filing of his Complaint.

## NINTH DEFENSE

.The allegation contained in paragraphs 6 is admitted.  Defendants deny the allegations contained in paragraphs  7, 9, 10, 11, 12, 14, l6, 17, 18, 20, 22, 23, 24, 25, 27, 29, 30, 31, 33, 35, 36, 37, 39, 41, 45, 46, 47, 50, 51, 52, 53 and 56 of Plaintiff's Complaint for the reason that the same are inaccurate and/or untrue.  Defendants neither admits nor deny the rest and remainder of the allegations contained in Plaintiff's Complaint and leave Plaintiff to his proofs.

## RESERVATION OF ADDITIONAL DEFENSES

These Defendants reserves the right to plead such additional defenses as may become known through research, investigation, discovery or otherwise.

**WHEREFORE,** Defendants, Eric Jones, Michael Janoskey, Jesus Colon and Shannon Salisbury, respectfully demand dismissal of the Plaintiff's claims or judgment of no cause of action on those claims, together with attorney fees and costs so wrongfully incurred.

Respectfully submitted,

/s/ Marion R. Jenkins
Assistant Corporation Counsel
Attorney for Defendants
660 Woodward Avenue, Suite 1650
Detroit, MI 48226
(313) 237-3032
Jenkmr@detroitmi.gov

Dated: April 20, 2010            (P-26257)

K:\DOCS\LIT\JENKMR\A37000\ANSWER\ML8316.WPD

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

  David B. Trivax (P-38798)
  Attorney for Plaintiff
  31780 Telegraph Road, Suite 120
  Bingham Farms, MI 48025

and hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant(s):

  None.

          /s/ Marion R. Jenkins
          Assistant Corporation Counsel
          Attorney for Defendants
          660 Woodward Avenue, Suite 1650
          Detroit, MI   48226
          (313) 237-3032
          Jenkmrdetroitmi.gov
          (P-26257)