# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DARREN MOORE,

                Plaintiff(s),

                                          CASE NUMBER: 10-11824

v.                                   HONORABLE STEPHEN J. MURPHY, III

CITY OF DETROIT, et al,

                Defendant(s).

_____/

## NOTICE OF:
## Scheduling Conference

        You are hereby notified to appear before the Honorable Stephen J. Murphy, III, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 235 |
|:---:|:---:|:---:|
| 5/17/2011 | 10:00 a.m. | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

**Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer at least 21 days before the above-mentioned date, and during the conference shall accomplish the following:**
- **Discuss the nature and basis of their claims and defenses;**
- **Discuss the possibilities for promptly settling or resolving the case;**
- **Make or arrange to make all disclosures required by Fed. R. Civ. Proc. 26(a)(1);**
- **Discuss any issues about preserving discoverable information;**
- **Develop a proposed discovery plan. THE DISCOVERY PLAN MUST COMPLY WITH ALL REQUIREMENTS OF FED. R. CIV. P. 26(f)(3), AND MUST BE SUBMITTED TO THE COURT AT LEAST 2 DAYS BEFORE THE SCHEDULING CONFERENCE.**

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that a copy of this notice was served upon attorneys/parties on this date April 25, 2011 by ordinary mail and/or electronic mail.


Date:  April 25, 2011                                  s/Carol J. Cohron
                                                       Case Manager
                                                       313-234-2681