UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

    Plaintiff,

v.

    Case No.: 2:10-cv-11824
    Hon. Stephen J. Murphy, III
    Magistrate Judge: Mona K. Majzoub

LIEUTENANT E. JONES, POLICE OFFICER
JANOSKEY, POLICE OFFICER COLON,
POLICE OFFICER S. SALISBURY, CITY OF
DETROIT POLICE DEPARTMENT and CITY
OF DETROIT,

    Defendant.

---

SERLIN, TRIVAX & STEARN, PLLC
By:   David B. Trivax (P38798)
Attorney for Plaintiff
31780 Telegraph Road, Ste. 120
Bingham Farms, MI 48025
(248) 633-2666

MARION R. JENKINS (P26257)
Assistant Corporation Counsel
Attorney for Defendant City of Detroit
660 Woodward Avenue
1650 First National Building
Detroit, MI 48226
(313) 237-3032

---

### STIPULATED ORDER TO PROVIDE DISCOVERY REQUESTS BY THE INDIVIDUAL DEFENDANTS

At a session of said Court held in the
Eastern District of Michigan, Southern Division
the State of Michigan on this
_____ day of _____, 2011

---

United States District Judge

This matter having been Stipulated by and between respective counsel for the above named parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, City of Detroit and the individual named Defendants, Lieutenant Jones, Officer Janoskey, Officer Colon, and Officer Salisbury, shall file Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents date October 21, 2010 within seven (7) days of entry of this Order;

_____
United States District Judge

Approved as to substance and form:

SERLIN, TRIVAX & STEARN, PLC

_____
David B. Trivax (P38798)
Attorney for Plaintiff

CITY OF DETROIT LAW DEPARTMENT

_____
Marion R. Jenkins (P26257)
Attorney for Defendants