UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

    Plaintiff,

v.

    Case No.: 2:10-cv-11824
    Hon. Stephen J. Murphy, III
    Magistrate Judge:  Mona K. Majzoub

LIEUTENANT E. JONES, POLICE OFFICER
JANOSKEY, POLICE OFFICER COLON,
POLICE OFFICER S. SALISBURY, CITY OF
DETROIT POLICE DEPARTMENT and CITY
OF DETROIT,

    Defendant.

## STIPULATED ORDER TO PROVIDE DISCOVERY REQUESTS
## BY THE INDIVIDUAL DEFENDANTS

This matter having been Stipulated by and between respective counsel for the above named parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, City of Detroit and the individual named Defendants, Lieutenant Jones, Officer Janoskey, Officer Colon, and Officer Salisbury, shall file Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents date October 21, 2010 within seven (7) days of entry of this Order;

    S/Stephen J. Murphy, III
    Stephen J. Murphy, III
    United States District Judge

Dated:  June 30, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2011, by electronic and/or ordinary mail.

                        S/Carol Cohron
                        Case Manager

Approved as to substance and form:

| SERLIN, TRIVAX & STEARN, PLC | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| /s/ David B. Trivax | /s/ Marion R. Jenkins |
| David B. Trivax (P38798) | Marion R. Jenkins (P26257) |
| Attorney for Plaintiff | Attorney for Defendants |