UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darren Moore,

                Plaintiff(s),

v.	        Case No. 2:10–cv–11824–SJM–MKM
        Hon. Stephen J. Murphy III

Detroit, City of, et al.,

                Defendant(s).

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Mona K. Majzoub for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Compel – #36

        s/ Stephen J. Murphy III
        Stephen J. Murphy III
        United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

        s/ C. Cohron
        Deputy Clerk

Dated: December 12, 2011