UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

        CIVIL NO 10-11824

    Plaintiff,

vs.        HONORABLE STEPHEN J. MURPHY

DETROIT, CITY OF, et al,        HONORABLE MONA K. MAJZOUB

    Defendants.    /

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Plaintiff's Motion to Compel Discovery dated December 7, 2011 (docket no. 36).

The Court has determined that this document does not conform with Local Rule 7.1(a) and 7.1 (c).

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

    SO ORDERED.


Dated: December 20, 2011        s/ Mona K. Majzoub
        MONA K. MAJZOUB
        UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: December 20, 2011        s/ Lisa C. Bartlett
        Case Manager