UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN MOORE,

    Plaintiff,

v.

                                  Case No.: 2:10-cv-11824
                                  Hon. Stephen J. Murphy, III
                                  Magistrate Judge: Mona K. Majzoub

LIEUTENANT E. JONES, POLICE OFFICER
JANOSKEY, POLICE OFFICER COLON,
POLICE OFFICER S. SALISBURY, CITY OF
DETROIT POLICE DEPARTMENT and CITY
OF DETROIT,

    Defendant.

---

### STIPULATED ORDER FOR THE CITY OF DETROIT TO PROVIDE THEIR RESPONSE THE PLAINTIFF'S OCTOBER 21, 2010 FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THE PLAINTIFF'S NOVEMBER 4, 2011 REQUEST FOR PRODUCTION OF DOCUMENTS WITHIN 10 DAYS

    This matter having been Stipulated by and between respective counsel for the above named parties, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that Defendant, City of Detroit, shall provide full and complete responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents dated October 21, 2010, which was also addressed by this Court's June 30, 2011 Order within ten (10) days of entry of this Order;

    **IT IS FURTHER ORDERED** that Defendant, City of Detroit, shall provide full and complete responses to Plaintiff's November 4, 2011 Request for Production of Documents within Ten (10) days of entry of this Order;

**IT IS FURTHER ORDERED** that failure of the Defendant to comply with the within Order shall result in sanctions to be imposed by the Court.

**SO ORDERED.**

> s/Stephen J. Murphy, III
> Stephen J. Murphy, III
> United States District Judge

Dated: January 26, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2012, by electronic and/or ordinary mail.

> s/Carol Cohron
> Case Manager

Approved as to substance and form:

| SERLIN, TRIVAX & STEARN, PLC | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| /s/ David B. Trivax | /s/ Marion R. Jenkins |
| David B. Trivax (P38798) | Marion R. Jenkins (P26257) |
| Attorney for Plaintiff | Attorney for Defendants |